FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2021

No. 04-21-00273-CR

The **STATE** of Texas,
Appellant

v.

Marco Antonio **GLORIA**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 19-02-07982-MCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

On August 10, 2021, appellee filed a Motion to Substitute Appellate Counsel. After consideration, appellee's motion is **GRANTED**. We **ORDER** the clerk of this court to update the records of this case to show Clay Dean Thomas as attorney of record for appellee.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court